IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRITTANY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-063 |
| | ) | |
| ROBERT JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The above-captioned case was filed on August 26, 2013. (Doc. no. 1). On October 31, 2013, the Court stayed all discovery pending the presiding district judge's ruling on a motion to dismiss that was then pending (doc. no. 14), but the Court directed the parties to make initial disclosures, as well as confer and submit a report as required by Fed. R. Civ. P. 26(f), without awaiting a ruling on the motion to dismiss, (doc. no. 25). In the partial scheduling order entered on December 6, 2013, the Court directed the parties to submit a proposed revised joint scheduling order within fourteen days of the resolution of the motion to dismiss. (Doc. no. 37). On August 11, 2014, the district judge ruled on the motion to dismiss (doc. no. 48), and the parties should have submitted a proposed revised joint scheduling order within fourteen days thereafter. However, no proposed order has been filed. Accordingly, the Court **ORDERS** the parties to file a proposed revised joint scheduling order within seven days of the date of this Order.

SO ORDERED this 2nd day of September, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA