ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| BRITTANY WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | CV 313-063 |
| ROBERT JOHNSON, ANGIE PITTMAN, F.N.U. BREWER, THOMAS TORY, CHARLES THOMPSON, JOHNNY O. SMITH, AND JAMES ATKINS, | * | |
| Defendants. | * | |

**ORDER**

On August 8, 2013, Plaintiff filed a civil rights claim alleging false arrest and wrongful imprisonment. On January 9, 2015, Plaintiff filed a stipulation of dismissal with prejudice. (Doc. no. 63.) Counsels for Defendants signed the stipulation. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The Clerk is directed to terminate all pending motions and deadlines and close this case. All parties shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 12 day of January, 2015.

UNITED STATES DISTRICT JUDGE